G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A02-0103-31 CR (HRH) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| SANTOS A. BATISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Motion for Leave to File Reply to Government's Opposition to Amended Petition Under 28 U.S.C. § 2255 are true to the best of my knowledge. The reasons this court should grant leave to reply are set out in the body of the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2006.

                 _____s/ G. Blair McCune_____
                 G. Blair McCune
                 Attorney for Defendant
                 425 G St., Suite 620
                 Anchorage, Alaska 99501-2137
                 Tel. (907) 644-8568
                 Fax (907) 644-9008
                 E-mail: mccune@gci.net
                 Alaska Bar No. 7906037