G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska 99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net



JUL 0 2 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANTO A. BATISTA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  A02-0103-31 CR (HRH) <br><br> **DECLARATION OF DEFENDANT SANTO A. BATISTA** |

Santo A. Batista, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Defendant in this case. I have read this Declaration carefully, I and have made sure that I understand it.

2. The reason I am making this declaration is to say what happened about the appeal I wanted my attorney to file for me after my sentencing. I want this declaration to be part of my motion to set aside or vacate my sentence.

3. I filed a pro se Notice of Appeal with the U.S. Ninth Circuit Court of Appeals in San Francisco, California. I did this because Mr. Hugh Fleischer did not follow my instructions to file a notice of appeal. Mr. Fleischer was my attorney at my sentencing and before my before my sentencing in this case. I instructed him to file a notice of appeal

immediately after I was sentenced.

4. After I filed my pro se Notice of Appeal, I told the Ninth Circuit court why I was filing the appeal pro se and why I wanted to have a different lawyer in the appeal. I did this in several letters and other papers I sent to the Ninth Circuit. Mr. Fleischer also sent papers to the Ninth Circuit court. I do not believe he represented my interests when he sent his papers to the Ninth Circuit.

5. I read Mr. Fleischer's affidavit that he gave Mr. Blair McCune, the lawyer I have now, to file in this case. The way I read the affidavit, Mr. Fleischer does not deny that I told him to file the notice of appeal. He only says that he does not think I had a right to appeal.

6. I believe I have a right to an appeal. Even if there is a waiver of my right to appeal, I still think that there are reasons for the court to allow me to have an appeal in the Ninth Circuit. I want to have a chance to have my lawyer tell the Ninth Circuit about these reasons.

7. Thank you for reading this Declaration and giving me the chance to say what I want to say about my case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: this __22__ day of __JANUARY__, 2007.

Santo A. Batista